**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MIRIAM FLORES, individually and
as a parent of Miriam Flores,
minor child; ROSA RZESLAWSKI,
individually and as a parent of
Mario Rzeslawski, minor child,
              *Plaintiffs-Appellees,*

              and

SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES AND PRESIDENT OF
THE ARIZONA SENATE,
                  *Intervenor,*

              v.

STATE OF ARIZONA,
              *Defendant-Appellee,*

THOMAS C. HORNE, Superintendent
of Public Instruction,
              *Defendant-Appellant,*

              and

C. DIANE BISHOP, Superintendent
of Public Instruction; EUGENE
HUGHES; DAVID SILVA; CLAUDINE
BATES ARTHUR; JOHN HOSNER; KEN
BENNETT; RAY KELLIS; JIM ALLMAN;
MORRISON WARREN, members of
the State Board of Education,
                  *Defendants.*

No. 07-15603

D.C. No.
CV-92-00596-RCC
District of Arizona,
Tucson

10919

MIRIAM FLORES, individually and
as a parent of Miriam Flores,
minor child; ROSA RZESLAWSKI,
individually and as a parent of
Mario Rzeslawski, minor child,
                *Plaintiffs-Appellees,*

SPEAKER OF THE ARIZONA HOUSE OF
REPRESENTATIVES AND PRESIDENT OF
THE ARIZONA SENATE,
                *Intervenor-Appellant,*

                v.

STATE OF ARIZONA; C. DIANE
BISHOP, Superintendent of Public
Instruction; EUGENE HUGHES;
DAVID SILVA; CLAUDINE BATES
ARTHUR; JOHN HOSNER; KEN
BENNETT; RAY KELLIS; JIM ALLMAN;
MORRISON WARREN, members of
the State Board of Education;
THOMAS C. HORNE, Superintendent
of Public Instruction,
                *Defendants.*

No. 07-15605

D.C. No.
CV-92-00596-RCC
District of Arizona,
Tucson

ORDER

On Remand from the United States Supreme Court

Filed August 13, 2009

Before: Betty B. Fletcher, Marsha S. Berzon and
Johnnie B. Rawlinson, Circuit Judges.

## ORDER

We remand this case to the District Court to comply with the Supreme Court's decision in *Horne v. Flores*, 129 S. Ct. 2579, 2607 (2009).

**IT IS SO ORDERED.**

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON REUTERS/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2009 Thomson Reuters/West.